UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GRAHAM KANDIAH, LLC and DIANE GRAHAM,

                Plaintiffs,

   - against -

JPMORGAN CHASE & CO. d/b/a JPMORGAN CHASE
BANK, N.A. also d/b/a CHASE BANK USA, N.A.,

                Defendant.
-------------------------------------------------------------------------X

Civil No. 08cv4055 (JGK)

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Graham Kandiah, LLC, by and through counsel, certifies that Graham Kandiah, LLC, is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated:  New York, New York
         April 29, 2008

                                      LAW OFFICES OF BRUCE LEVINSON
                                      Attorneys for Plaintiffs

                By:    /s/ Gregory Brown
                        Gregory Brown (GB1977)
                        747 Third Avenue, Fourth Floor
                        New York, New York 10017-2803
                        (212) 750-9898