UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GRAHAM KANDIAH, LLC and DIANE GRAHAM,

                Plaintiffs,

      - against -

JPMORGAN CHASE BANK, N.A. and
CHASE BANK USA, N.A.,

                Defendants.
------------------------------------------------------------------------X

Civil No. 08-cv-4055 (JGK)

**RULE 7.1 STATEMENT OF DEFENDANTS JPMORGAN CHASE BANK, N.A. AND CHASE BANK USA, N.A.**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A., certifies that JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of its parent corporation, JPMorgan Chase & Co., a publicly held corporation, and Chase Bank USA, N.A. is a wholly owned, indirect subsidiary of its parent, JPMorgan Chase & Co., a publicly held corporation.

Dated: New York, New York
       May 19, 2008

LEVI LUBARSKY & FEIGENBAUM LLP

By:     /s
      Andrea Likwornik Weiss
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 308-6100

*Attorneys for Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A.*