UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GRAHAM KANDIAH, LLC and DIANE GRAHAM,

                  Plaintiffs,

    - against -

JPMORGAN CHASE BANK, N.A. and CHASE BANK
USA, N.A.,

                  Defendant.
------------------------------------------------------------------X

Civil No. 08-cv-4055 (JGK)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of ANDREA LIKWORNIK WEISS, a partner of the firm of LEVI LUBARSKY & FEIGENBAUM LLP, and ALAN H. SCHEINER, counsel at the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case for defendants JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.

    Andrea Likwornik Weiss and Alan H. Scheiner certify that they are admitted to practice in this Court.

Dated: New York, New York
       June 12, 2008

                            LEVI LUBARSKY & FEIGENBAUM LLP

                            _____/s_____
                            Andrea Likwornik Weiss
                            _____/s_____
                            Alan H. Scheiner

                            1185 Avenue of the Americas
                            17th Floor
                            New York, NY 10036
                            Tel. (212) 308-6100
                            Fax: (212) 308-8830

                            *Attorneys for Defendants*

Case 1:08-cv-04055-JGK    Document 8    Filed 06/12/2008    Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GRAHAM KANDIAH, LLC and DIANE GRAHAM,

                              Plaintiffs,

      - against -

JPMORGAN CHASE BANK, N.A. and CHASE BANK
USA, N.A.,

                              Defendant.
------------------------------------------------------------------X

Civil No. 08-cv-4055 (JGK)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of ANDREA LIKWORNIK WEISS, a partner of the firm of LEVI LUBARSKY & FEIGENBAUM LLP, and ALAN H. SCHEINER, counsel at the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case for defendants JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.

    Andrea Likwornik Weiss and Alan H. Scheiner certify that they are admitted to practice in this Court.

Dated: New York, New York
       June 12, 2008

                                            LEVI LUBARSKY & FEIGENBAUM LLP

                                            _____/s_____
                                            Andrea Likwornik Weiss
                                            _____/s_____
                                            Alan H. Scheiner

                                            1185 Avenue of the Americas
                                            17th Floor
                                            New York, NY 10036
                                            Tel. (212) 308-6100
                                            Fax: (212) 308-8830

                                            *Attorneys for Defendants*