UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GRAHAM KANDIAH, LLC and DIANE GRAHAM,

                Plaintiffs,

   - against -

JPMORGAN CHASE & CO. d/b/a JPMORGAN CHASE
BANK, N.A. also d/b/a CHASE BANK USA, N.A.,

                Defendant.
------------------------------------------------------------------------X

Civil No. 08-cv-4055 (JGK)

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that, pursuant to FRCP 41(a), plaintiffs hereby dismiss the above-captioned action in its entirety and without prejudice.

Dated:  New York, New York
          June 24, 2008

                              Law Offices of Bruce Levinson
                              Attorneys for Plaintiffs


                  By:   /s/ Gregory Brown
                          Gregory Brown, Esq. (GB-1977)
                          747 Third Avenue, Fourth Floor
                          New York, New York 10017-2803
                          (212) 750-9898