UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GRAHAM KANDIAH, LLC and DIANE GRAHAM,

                Plaintiffs,

  - against -

JPMORGAN CHASE & CO. d/b/a JPMORGAN CHASE
BANK, N.A. also d/b/a CHASE BANK USA, N.A.,

                Defendant.
------------------------------------------------------------------------X

Civil No. 08-cv-4055 (JGK)

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Dismissal dated June 24, 2008, was mailed by first class mail, under the exclusive care of the United States Post Office, within the State of New York, addressed to each of the following persons at the last known address set forth after each name, this 24th day of June, 2008:

    Andrea L. Weiss, Esq.
    Levi Lubarsky & Feignebaum LLP
    1185 Avenue of the Americas
    17th Floor
    New York, New York 10036


                                          /s/  Gregory Brown
                                          Gregory Brown