UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GRAHAM KANDIAH, LLC and DIANE GRAHAM,

            Plaintiffs,

  - against -

JPMORGAN CHASE & CO. d/b/a JPMORGAN CHASE
BANK, N.A. also d/b/a CHASE BANK USA, N.A.,

            Defendant.
------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

Civil No. 08-cv-4055 (JGK)

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that, pursuant to FRCP 41(a), plaintiffs hereby dismiss the above-captioned action in its entirety and without prejudice.

Dated: New York, New York
       June 24, 2008

                              Law Offices of Bruce Levinson
                              Attorneys for Plaintiffs

                By:    /s/ Gregory Brown
                        Gregory Brown, Esq. (GB-1977)
                        747 Third Avenue, Fourth Floor
                        New York, New York 10017-2803
                        (212) 750-9898

*So Ordered.*
*[signature]*
*U.S.D.J.*

*6/24/08*