AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

## APPEARANCE

GRAHAM KANDIAH, LLC v. JPMORGAN CHASE BANK, N.A.          Case Number: 08-cv-6956

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

plaintiffs, Graham Kandiah, LLC and Diane Graham.

I certify that I am admitted to practice in this court.



| 8/22/2008 | |
|---|---|
| Date | Signature |

| Bruce Levinson | BL-0749 |
|---|---|
| Print Name | Bar Number |

| 747 Third Avenue | | |
|---|---|---|
| Address | | |

| New York | New York | 10017-2803 |
|---|---|---|
| City | State | Zip Code |

| (212) 750-9898 | (212) 750-2536 |
|---|---|
| Phone Number | Fax Number |